IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| LARRY SAMPSON : | |
| : | CASE NO. 1:22-bk-02211 |
| TAMMY J. SAMPSON : | |
| : | |
| Debtor(s) : | |

## ORDER

UPON CONSIDERATION of the Motion to Modify Plan, and cause appearing therefore, it is hereby

ORDERED AND DECREED that the Debtors are granted leave to Modify the Chapter 13 Plan and the Plan is hereby modified.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 14, 2024