# Notice Recipients

District/Off: 0314–1   User: AutoDocketer   Date Created: 2/14/2024
Case: 1:22–bk–02211–HWV   Form ID: pdf010   Total: 1

**Recipients of Notice of Electronic Filing:**
aty   Kara Katherine Gendron   karagendron@gmail.com

TOTAL: 1